IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER D. PETTUS, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 05cv0977-VPM |
| | ) [W/O] |
| JO ANNE B. BARNHART | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

On 12 October 2005, the plaintiff ["Pettus"], who is represented by counsel, filed a Motion to Proceed *In Forma Pauperis* (Doc. # 2).   An affidavit accompanying the motion provided information insufficient on its face to allow the court to determine Pettus's ability to pay the court fees and costs.  ***Martinez v. Kristi Kleaners, Inc.***, 364 F.3d 1305, 1307 (11th Cir. 2004); ***Watson v. Ault***, 525 F.2d 886, 891 (5th Cir. 1976).  Specifically, the affidavit states that within the past 12 months, she has received money from a "business, profession, or form of self-employment," but she provides no details regarding her relevant past or present income or her monthly expenses (Doc. # 2, p. 2).

In addition, although her handwriting complicates the court's attempt to understand the information she has provided, she states that her "mom + dad" help her with her medical expenses, but she does not indicate whether she has attempted in good faith to borrow the money for the filing fees.  *Id.*  Furthermore, her response to a question seeking information about her dependents suggests that she is confused, as she appears to have provided

information about her parents, though, again, her handwriting is not entirely legible. *Id.* Finally, her signature is improperly placed on the line reserved for a notary public. *Id.* Therefore, having considered the motion, and for the reasons stated herein, it is hereby

ORDERED that the motion is DENIED.  It is further

ORDERED that on or before 1 November 2005, the plaintiff shall either pay in full to the clerk of the court the filing fee of $250.00 or submit another motion to proceed *in forma pauperis* accompanied by a supplemental affidavit that addresses the court's aforementioned concerns.

DONE this 18th day of October, 2005.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE